B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Ohio

In re  Flower Factory, Inc.                                    Case No.
                           Debtor(s)                           Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Maple Street Commerce, LLC<br>3623 Brecksville Road, Ste. A<br>Richfield, OH 44286 | Maple Street Commerce, LLC<br>3623 Brecksville Road, Ste. A<br>Richfield, OH 44286 | Unpaid rent for leased warehouse facility | Disputed | 311,306.20 |
| Regency International<br>11 East 26th Street<br>New York, NY 10010 | Regency International<br>11 East 26th Street<br>New York, NY 10010 | | | 259,516.88 |
| NYK Logistics Americas<br>1900 Charles Bryan Rd., Ste 250<br>PO Box 4200<br>Cordova, TN 38088 | NYK Logistics Americas<br>1900 Charles Bryan Rd., Ste 250<br>PO Box 4200<br>Cordova, TN 38088 | | | 205,316.36 |
| Allstate Closeouts<br>14038 Park Place<br>Cerritos, CA 90703 | Allstate Closeouts<br>14038 Park Place<br>Cerritos, CA 90703 | | | 88,740.45 |
| Amscan<br>PO Box 71603<br>Chicago, IL 60694-1603 | Amscan<br>PO Box 71603<br>Chicago, IL 60694-1603 | | | 75,116.29 |
| Creative Converting<br>Box 155<br>Milwaukee, WI 53288 | Creative Converting<br>Box 155<br>Milwaukee, WI 53288 | | | 61,575.18 |
| Provo Craft & Novelty Inc.<br>10876 S. River Front Pkwy, Ste 600<br>South Jordan, UT 84095 | Provo Craft & Novelty Inc.<br>10876 S. River Front Pkwy, Ste 600<br>South Jordan, UT 84095 | | | 60,536.27 |
| Jim Rokakis<br>Cuyahoga County Treasuer<br>1219 Ontario Street<br>Cleveland, OH 44113 | Jim Rokakis<br>Cuyahoga County Treasuer<br>1219 Ontario Street<br>Cleveland, OH 44113 | Real estate taxes | | 56,897.05 |
| Global Best Industrial Ltd.<br>Room 409, 3/F, Block A<br>Proficient Industrial Center<br>6 Wang Kwun Rd., Kowloon Bay<br>Kowloon, Hong Kong | Global Best Industrial Ltd.<br>Room 409, 3/F, Block A<br>Proficient Industrial Center<br>Kowloon, Hong Kong | | | 49,095.12 |
| Platon Craft & Floral Inc.<br>1327 N. Carolan Ave<br>Burlingame, CA 94010 | Platon Craft & Floral Inc.<br>1327 N. Carolan Ave<br>Burlingame, CA 94010 | | | 47,024.70 |

In re   Flower Factory, Inc.                                                Case No.   _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Berwick Ind / Offray, Inc. Lockbox 3775 PO Box 8500 Philadelphia, PA 19178-3775 | Berwick Ind / Offray, Inc. Lockbox 3775 PO Box 8500 Philadelphia, PA 19178-3775 | | | 44,516.31 |
| Willy International Ltd. Unit 1, 16/F, Man Shing Ind. Bldg 307-311 Castle Peak Road Kwai Chung, N.T., Hong Kong | Willy International Ltd. Unit 1, 16/F, Man Shing Ind. Bldg 307-311 Castle Peak Road | | | 40,971.36 |
| Tomric Plastics / Make N Mold 85 River Rock Drive #202 Buffalo, NY 14207 | Tomric Plastics / Make N Mold 85 River Rock Drive #202 Buffalo, NY 14207 | | | 39,049.21 |
| Royal Brush Mfg., Inc. 515 W. 45th Street Munster, IN 46321 | Royal Brush Mfg., Inc. 515 W. 45th Street Munster, IN 46321 | | | 38,334.57 |
| Packaging Source, The PO Box 1248 Kernersville, NC 27285-1248 | Packaging Source, The PO Box 1248 Kernersville, NC 27285-1248 | | | 37,712.68 |
| Bazaar Inc. 1900 N. 5th Ave River Grove, IL 60171-1906 | Bazaar Inc. 1900 N. 5th Ave River Grove, IL 60171-1906 | | | 37,359.63 |
| CM Offray & Sons Lockbox #3775 PO Box 8500 Philadelphia, PA 19178-3775 | CM Offray & Sons Lockbox #3775 PO Box 8500 Philadelphia, PA 19178-3775 | | | 36,573.92 |
| Shanghai Khanlit/Bonrich Corp 4F-3, No. 200, Sec. 3, Bade Road PO Box 48-232 Taipei City 10555, Taiwan | Shanghai Khanlit/Bonrich Corp 4F-3, No. 200, Sec. 3, Bade Road PO Box 48-232 | | | 36,458.76 |
| Well Long (China) Company Ltd. Unit 803, Section B, Xinji Hua Ting No. 30 Lianjiang Road ShanTou 515000 CHINA | Well Long (China) Company Ltd. Unit 803, Section B, Xinji Hua Ting No. 30 Lianjiang Road | | | 36,256.37 |
| American Crafts PO Box 512 Orem, UT 84059 | American Crafts PO Box 512 Orem, UT 84059 | | | 36,197.05 |

B4 (Official Form 4) (12/07) - Cont.
In re  Flower Factory, Inc.                                     Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  2-11-11                Signature  _____
                                        Christopher Mulqueen
                                        Vice President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.