UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:                              )
                                    )     Case No. 11-60406
**Flower Factory, Inc.,** *et al.,* )     (Jointly Administered)
                                    )
                                    )
                                    )     Chapter 11
                                    )
          **Debtors.**              )     Judge Russ Kendig

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to section 1102(a) of the Bankruptcy Code, the following creditors of the above-named debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

**LORAL ONTARIO PROPERTY, LLC**
c/o Alan Ratliff
2363 Eagle Pass
Suite D
Wooster OH 44691
Phone: (330) 345-6404
Fax:    (330) 345-1404
(Temporary Chairperson)

**ALLSTATE FLORAL & CRAFT, INC.**
c/o Wendy Zhao
14038 Park Place
Cerritos CA 90703
Phone: (562) 926-2302 x 2709
Fax:    (562) 623- 2754

**AMSCAN, INC.**
c/o Vita S. Spano
80 Grasslands Rd.
Elmsford NY 10523
Phone: (914) 784-4074
Fax:    (914) 784-4312

**COX OHIO MEDIA GROUP**
c/o Charles Daker
1611 S. Main St.
Dayton OH 45409
Phone: (937) 225-7490
Fax:    (937) 225-2233

**V & V LAKESHORE, LTD.**
c/o Vincent Fond, Jr.
130 Churchill Hubbard Rd.
Youngstown OH 44505
Phone: (330) 759-4710
Fax:    (330) 759-4705

Respectfully Submitted,

Daniel M. McDermott
United States Trustee

By: */s/ Maria D. Giannirakis*
    Maria D. Giannirakis #(0038221)
    Trial Attorney for U.S. Trustee
    Office of the U.S. Trustee
    (216) 522 -7800 ext. 222
    (216) 522-7193 fax

cc:   Committee Members
      Attorney for the Debtor(s)