UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Flower Factory, Inc., et al.,[1] | ) | Case No. 11-60406 |
| | ) | (Jointly Administered) |
| Debtor. | ) | |
| | ) | Judge Russ Kendig |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS AND NOTICES

**PLEASE TAKE NOTICE** pursuant to the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002 and 9010, the undersigned hereby enters an appearance in the above-captioned chapter 11 proceedings as proposed counsel for the Official Committee of Unsecured Creditors (the "Committee"), and requests that all notices given or required to be given, and all papers served or required to be served, in these chapter 11 proceedings, be given to and served upon:

Nathan A. Wheatley, Esq.
Calfee, Halter & Griswold LLP
1400 KeyBank Center
800 Superior Avenue
Cleveland, OH 44114
Telephone: 216.622.8400
Facsimile: 216.241.0816
E-mail: nwheatley@calfee.com

**PLEASE TAKE FURTHER NOTICE THAT** this request not only includes the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitations, all orders and notices of any applications, motions, petitions, pleadings, requests,

---

[1] The Debtors in this case include Flower Factory, Inc., Case No. 11-60406, Flower Factory Online, Inc, Case No., 11-60408, ALEMIT Properties, LLC, Case No. 11-60411, Denbar, Inc., Case No. 11-60412, F.F. North Canton, Inc., Case No 11-60414, F,F. Aurora, Inc, Case No. 11-60415, F.F./Cleveland, Inc., Case No. 11-60417, F.F. Greenwood, Inc., Case No. 11-60419, F.F. Mansfield, Inc., Case No. 11-60420, Mulqueen Importers, LLC, Case No. 11-60421, Mulqueen & Sons, LLC, Case No. 11-60423, Mulden, Inc., Case No., 11-60424, Mulqueen Holdings, Inc., Case No. 11-60425, and RAM Trucking, LLC, Case No. 11-60426.

complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, telegraph, telex, facsimile or otherwise that (1) affects or seeks to affect in any way rights or interests with respect to (a) the Debtors; (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the Debtors may seek or use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the Committee.

**PLEASE TAKE FURTHER NOTICE THAT** the Committee intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceedings so triable in this case or any case, controversy, or proceeding related to this case; or (2) any other rights, claims, actions, defenses, setoffs, or recoupment to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupment are expressly reserved.

Dated: March 7, 2011

Respectfully submitted,

*/s/ Nathan A. Wheatley*
Nathan A. Wheatley (OH 0072192)
CALFEE, HALTER & GRISWOLD LLP
1400 KeyBank Center
800 Superior Avenue
Cleveland, Ohio 44114
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
E-mail: nwheatley@calfee.com

PROPOSED COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was electronically transmitted on March 7, 2011 via the Court's CM/ECF system to the following parties who are listed on the Court's Electronic Mail Notices List:

- Kevin L Bradford    klbradford@nnblaw.com
- Kate M Bradley    kbradley@brouse.com, tpalcic@brouse.com;mmiller@brouse.com
- Edwin H Breyfogle    edwinbreyfogle@sssnet.com
- William P Coley    wpcoley@strausstroy.com, tlreddington@strausstroy.com
- Anthony J DeGirolamo    ajdlaw@sbcglobal.net
- Bridget Aileen Franklin    bfranklin@brouse.com
- Jeffrey Graham    jgraham@taftlaw.com, ecfclerk@taftlaw.com; krussell@taftlaw.com; docket@taftlaw.com
- Harry W Greenfield    bankpleadings@bucklaw.com, young@buckleyking.com; toole@buckleyking.com; heberlein@buckleyking.com
- Matthew S. Johns    mjohns@taftlaw.com, dhighbaugh@taftlaw.com; ecfclerk@taftlaw.com
- Joseph C Lucci    jclucci@nnblaw.com
- Marc Merklin    mmerklin@brouse.com, tpalcic@brouse.com
- G. Christopher Meyer    christopher.meyer@ssd.com, ann.bell@ssd.com; cle_dckt@ssd.com
- Robert Bruce Preston    rpreston@bmsa.com
- Tim Robinson    trobinson@dinslaw.com
- Sam O Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com
- Gregory D Swope    gswope@kwgd.com, mhelmick@kwgd.com
- United States Trustee    (Registered address)@usdoj.gov
- Linda Maria Battisti ust21    Linda.Battisti@usdoj.gov

and via regular U.S. Mail upon the following parties:

Peek-A-Boo Toys Ltd
9040 Pennsauken Hwy
Pennsauken, NJ 08110

> */s/ Nathan A. Wheatley*
> Nathan A. Wheatley