# EXHIBIT A

# CREDITOR TRUST AGREEMENT

# (TO BE PROVIDED)

# EXHIBIT B

# CREDITOR TRUST NOTE

# (TO BE PROVIDED)

# EXHIBIT C

## EXIT FINANCING AGREEMENT

## (TO BE PROVIDED)

# EXHIBIT D

# AMERICAN EQUITY TERM LOAN DOCUMENTS

# (TO BE PROVIDED)

# EXHIBIT E

## SL INVESTMENT TERM LOAN DOCUMENTS

### (TO BE PROVIDED)