# EXHIBIT F

American Equity Life Insurance Company
Mulqueen & Sons, LLC - Payment Schedule
Dayton and Columbus Properties:

### DAYTON PROPERTY

Balance                  3,523,259

| Date | Interest | Principal | Total |
|------|----------|-----------|-------|
| Aug-11 | 17,498.85 | - | 17,498.85 |
| Sep-11 | 17,498.85 | - | 17,498.85 |
| Oct-11 | 17,498.85 | - | 17,498.85 |
| Nov-11 | 17,498.85 | - | 17,498.85 |
| Dec-11 | 17,498.85 | - | 17,498.85 |
| Jan-12 | 17,498.85 | - | 17,498.85 |
| Feb-12 | 17,498.85 | - | 17,498.85 |
| Mar-12 | 17,498.85 | - | 17,498.85 |
| Apr-12 | 17,498.85 | - | 17,498.85 |
| May-12 | 17,498.85 | - | 17,498.85 |
| Jun-12 | 17,498.85 | - | 17,498.85 |
| Jul-12 | 17,498.85 | - | 17,498.85 |
| Aug-12 | 17,498.85 | 11,255.41 | 28,754.26 |
| Sep-12 | 17,442.95 | 11,311.31 | 28,754.26 |
| Oct-12 | 17,386.77 | 11,367.49 | 28,754.26 |
| Nov-12 | 17,330.31 | 11,423.95 | 28,754.26 |
| Dec-12 | 17,273.57 | 11,480.69 | 28,754.26 |
| Jan-13 | 17,216.55 | 11,537.71 | 28,754.26 |
| Feb-13 | 17,159.25 | 11,595.01 | 28,754.26 |
| Mar-13 | 17,101.66 | 11,652.60 | 28,754.26 |
| Apr-13 | 17,043.79 | 11,710.47 | 28,754.26 |
| May-13 | 16,985.62 | 11,768.64 | 28,754.26 |
| Jun-13 | 16,927.17 | 11,827.09 | 28,754.26 |
| Jul-13 | 16,868.43 | 11,885.83 | 28,754.26 |
| Aug-13 | 16,809.40 | 11,944.86 | 28,754.26 |
| Sep-13 | 16,750.07 | 12,004.19 | 28,754.26 |
| Oct-13 | 16,690.45 | 12,063.81 | 28,754.26 |
| Nov-13 | 16,630.54 | 12,123.72 | 28,754.26 |
| Dec-13 | 16,570.32 | 12,183.94 | 28,754.26 |
| Jan-14 | 16,509.81 | 12,244.45 | 28,754.26 |
| Feb-14 | 16,448.99 | 12,305.27 | 28,754.26 |
| Mar-14 | 16,387.88 | 12,366.38 | 28,754.26 |
| Apr-14 | 16,326.46 | 12,427.80 | 28,754.26 |
| May-14 | 16,264.73 | 12,489.53 | 28,754.26 |
| Jun-14 | 16,202.70 | 12,551.56 | 28,754.26 |
| Jul-14 | 16,140.36 | 12,613.90 | 28,754.26 |
| Aug-14 | 16,077.71 | 12,676.55 | 28,754.26 |
| Sep-14 | 16,014.75 | 12,739.51 | 28,754.26 |
| Oct-14 | 15,951.48 | 12,802.78 | 28,754.26 |
| Nov-14 | 15,887.89 | 12,866.37 | 28,754.26 |
| Dec-14 | 15,823.99 | 12,930.27 | 28,754.26 |
| Jan-15 | 15,759.77 | 12,994.49 | 28,754.26 |
| Feb-15 | 15,695.23 | 13,059.03 | 28,754.26 |
| Mar-15 | 15,630.37 | 13,123.89 | 28,754.26 |
| Apr-15 | 15,565.19 | 13,189.07 | 28,754.26 |

### COLUMBUS PROPERTY

Balance                  2,995,000

| Date | Interest | Principal | Total |
|------|----------|-----------|-------|
| Aug-11 | 14,875.17 | - | 14,875.00 |
| Sep-11 | 14,875.17 | - | 14,875.00 |
| Oct-11 | 14,875.17 | - | 14,875.00 |
| Nov-11 | 14,875.17 | - | 14,875.00 |
| Dec-11 | 14,875.17 | - | 14,875.00 |
| Jan-12 | 14,875.17 | - | 14,875.00 |
| Feb-12 | 14,875.17 | - | 14,875.00 |
| Mar-12 | 14,875.17 | - | 14,875.00 |
| Apr-12 | 14,875.17 | - | 14,875.00 |
| May-12 | 14,875.17 | - | 14,875.00 |
| Jun-12 | 14,875.17 | - | 14,875.00 |
| Jul-12 | 14,875.17 | - | 14,875.00 |
| Aug-12 | 14,875.17 | 9,465.08 | 24,340.25 |
| Sep-12 | 14,828.16 | 9,512.09 | 24,340.25 |
| Oct-12 | 14,780.91 | 9,559.34 | 24,340.25 |
| Nov-12 | 14,733.44 | 9,606.81 | 24,340.25 |
| Dec-12 | 14,685.72 | 9,654.53 | 24,340.25 |
| Jan-13 | 14,637.77 | 9,702.48 | 24,340.25 |
| Feb-13 | 14,589.58 | 9,750.67 | 24,340.25 |
| Mar-13 | 14,541.15 | 9,799.10 | 24,340.25 |
| Apr-13 | 14,492.48 | 9,847.77 | 24,340.25 |
| May-13 | 14,443.57 | 9,896.68 | 24,340.25 |
| Jun-13 | 14,394.42 | 9,945.83 | 24,340.25 |
| Jul-13 | 14,345.02 | 9,995.23 | 24,340.25 |
| Aug-13 | 14,295.38 | 10,044.87 | 24,340.25 |
| Sep-13 | 14,245.49 | 10,094.76 | 24,340.25 |
| Oct-13 | 14,195.35 | 10,144.90 | 24,340.25 |
| Nov-13 | 14,144.97 | 10,195.28 | 24,340.25 |
| Dec-13 | 14,094.33 | 10,245.92 | 24,340.25 |
| Jan-14 | 14,043.44 | 10,296.81 | 24,340.25 |
| Feb-14 | 13,992.30 | 10,347.95 | 24,340.25 |
| Mar-14 | 13,940.91 | 10,399.34 | 24,340.25 |
| Apr-14 | 13,889.26 | 10,450.99 | 24,340.25 |
| May-14 | 13,837.35 | 10,502.90 | 24,340.25 |
| Jun-14 | 13,785.19 | 10,555.06 | 24,340.25 |
| Jul-14 | 13,732.76 | 10,607.49 | 24,340.25 |
| Aug-14 | 13,680.08 | 10,660.17 | 24,340.25 |
| Sep-14 | 13,627.13 | 10,713.12 | 24,340.25 |
| Oct-14 | 13,573.92 | 10,766.33 | 24,340.25 |
| Nov-14 | 13,520.45 | 10,819.80 | 24,340.25 |
| Dec-14 | 13,466.71 | 10,873.54 | 24,340.25 |
| Jan-15 | 13,412.71 | 10,927.54 | 24,340.25 |
| Feb-15 | 13,358.43 | 10,981.82 | 24,340.25 |
| Mar-15 | 13,303.89 | 11,036.36 | 24,340.25 |
| Apr-15 | 13,249.08 | 11,091.17 | 24,340.25 |

| DAYTON PROPERTY | | | |
| --- | --- | --- | --- |
| Balance | | 3,523,259 | |

| Date | Interest | Principal | Total |
| --- | --- | --- | --- |
| May-15 | 15,499.68 | 13,254.58 | 28,754.26 |
| Jun-15 | 15,433.85 | 13,320.41 | 28,754.26 |
| Jul-15 | 15,367.69 | 13,386.57 | 28,754.26 |
| Aug-15 | 15,301.21 | 13,453.05 | 28,754.26 |
| Sep-15 | 15,234.39 | 13,519.87 | 28,754.26 |
| Oct-15 | 15,167.24 | 13,587.02 | 28,754.26 |
| Nov-15 | 15,099.76 | 13,654.50 | 28,754.26 |
| Dec-15 | 15,031.94 | 13,722.32 | 28,754.26 |
| Jan-16 | 14,963.79 | 13,790.47 | 28,754.26 |
| Feb-16 | 14,895.30 | 13,858.96 | 28,754.26 |
| Mar-16 | 14,826.46 | 13,927.80 | 28,754.26 |
| Apr-16 | 14,757.29 | 13,996.97 | 28,754.26 |

| Ending Balance | 2,957,269 |
| --- | --- |

| COLUMBUS PROPERTY | | | |
| --- | --- | --- | --- |
| Balance | | 2,995,000 | |

| Date | Interest | Principal | Total |
| --- | --- | --- | --- |
| May-15 | 13,193.99 | 11,146.26 | 24,340.25 |
| Jun-15 | 13,138.63 | 11,201.62 | 24,340.25 |
| Jul-15 | 13,083.00 | 11,257.25 | 24,340.25 |
| Aug-15 | 13,027.09 | 11,313.16 | 24,340.25 |
| Sep-15 | 12,970.90 | 11,369.35 | 24,340.25 |
| Oct-15 | 12,914.43 | 11,425.82 | 24,340.25 |
| Nov-15 | 12,857.68 | 11,482.57 | 24,340.25 |
| Dec-15 | 12,800.65 | 11,539.60 | 24,340.25 |
| Jan-16 | 12,743.34 | 11,596.91 | 24,340.25 |
| Feb-16 | 12,685.74 | 11,654.51 | 24,340.25 |
| Mar-16 | 12,627.86 | 11,712.39 | 24,340.25 |
| Apr-16 | 12,569.68 | 11,770.57 | 24,340.25 |

| Ending Balance | 2,519,038 |
| --- | --- |