# EXHIBIT H

# Step 1

|  | Stock |  |
|---|---|---|
| Trust A | 232.80 | 38.80% |
| Trust B | 61.92 | 10.32% |
| Chris | 93.00 | 15.50% |
| Dennis | 212.28 | 35.38% |
| Dennis Jr | - | 0.00% |
| Outstanding | 600.00 | 100.00% |
| Treasury | - | |

# Step 2

|  | Non-Voting | Voting | Total |  |
|---|---|---|---|---|
| Trust A | 232.80 | 7.8 | 240.6 | 38.81% |
| Trust B | 61.92 | 2.0 | 63.92 | 10.31% |
| Chris | 93.00 | 3.0 | 96 | 15.48% |
| Dennis | 212.28 | 7.2 | 219.48 | 35.40% |
| Dennis Jr | - | - | 0 | 0.00% |
| Outstanding | 600.00 | 20.0 | 620 | 100.00% |
| Treasury | - | - | | |

# Step 3

|  | Non-Voting | Voting | Total |  |
|---|---|---|---|---|
| Trust A | 232.80 | 7.8 | 240.6 | 72.97% |
| Trust B | 61.92 | 2.0 | 63.92 | 19.39% |
| Chris | 5.00 | 3.0 | 8 | 2.43% |
| Dennis | 10.00 | 7.2 | 17.2 | 5.22% |
| Dennis Jr | - | - | 0 | 0.00% |
| Outstanding | 309.72 | 20.0 | 329.72 | 100.00% |
| Treasury | 290.80 | - | 290.80 | |

# Step 4

|  | Non-Voting | Voting | Total |  |
|---|---|---|---|---|
| Trust A | 232.80 | 7.8 | 240.6 | 70.82% |
| Trust B | 61.92 | 2.0 | 63.92 | 18.82% |
| Chris | 5.00 | 3.0 | 8 | 2.35% |
| Dennis | 10.00 | 17.2 | 27.2 | 8.01% |
| Dennis Jr | - | - | 0 | 0.00% |
| Outstanding | 309.72 | 30.0 | 339.72 | 100.00% |
| Treasury | 290.80 | - | 290.80 | |

# Step 5

|  | Non-Voting | Voting | Total |  |
|---|---|---|---|---|
| Trust A | 232.80 | 7.8 | 240.6 | 70.82% |
| Trust B | 61.92 | 2.0 | 63.92 | 18.82% |
| Chris | 5.00 | 8.4 | 13.4 | 3.94% |
| Dennis | 5.00 | 3.4 | 8.4 | 2.47% |
| Dennis Jr | 5.00 | 8.4 | 13.4 | 3.94% |
| Outstanding | 309.72 | 30.0 | 339.72 | 100.00% |
| Treasury | 290.80 | - | 290.80 | |

Step 1 - Current allocation of stock
Step 2 - Re-issue stock with Voting and Non-Voting Shares
Step 3 - Company to purchase back 88 Shares of Chris's Non-Voting and 202.80 of Dennis's Non-Voting at $1 per share.
Step 4 - Dennis contribute Alemit Properties, LLC into Mulqueen Holdings, Inc. in exchange for 10 Voting Shares
Step 5 - Dennis gift 5 shares of Non-Voting to Dennis Jr. and 13.8 Voting as follows (Chris 5.4 shares Dennis Jr. 8.4 shares)

## ORGANIZATIONAL CHART AS OF EFFECTIVE DATE

| Holder | Percent interest |
|---|---|
| Flower Factory, Inc. | 100% - Mulqueen Holdings, Inc. |
| FF North Canton, Inc. | 100% - Flower Factory, Inc. |
| Mulden, Inc. | 100% - Mulqueen Holdings, Inc. |
| Denbar, Inc. | 100% - Mulden, Inc. |
| F.F./Cleveland, Inc. | 100% - Mulqueen Holdings, Inc. |
| Flower Factory Online, Inc. | 100% - Mulqueen Holdings, Inc. |
| Mulqueen Importers, LLC (d/b/a Creative Resources) | 100% - F.F./Cleveland, Inc. |
| RAM Trucking, LLC | 100% - F.F./Cleveland, Inc. |
| Mulqueen & Sons, LLC | 100% - F.F./Cleveland, Inc. |
| ALEMIT Properties, LLC | 100% - Flower Factory, Inc. |
| Mulqueen Holdings, Inc. | 2.47% - Dennis E. Mulqueen, Sr.;<br>3.94% - Christopher J. Mulqueen;<br>3.94% - Dennis E. Mulqueen, Jr.;<br>70.82% - The Barbara G. Mulqueen Revocable Estate Plan Trust A;<br>18.82% - The Barbara G. Mulqueen Revocable Estate Plan Trust B |

# Subsidiaries

## Mulqueen Holdings, Inc.

1. Flower Factory, Inc.
2. Mulden, Inc.
3. Flower Factory Online, Inc.
4. ALEMIT Properties, LLC

## Flower Factory, Inc.

1. FF North Canton, Inc.

## Mulden, Inc.

1. Denbar, Inc.

## F.F./Cleveland, Inc.

1. Mulqueen Importers, LLC (d/b/a Creative Resources)
2. RAM Trucking, LLC
3. Mulqueen & Sons, LLC