UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Flower Factory, Inc., Flower Factory Online, Inc., | ) | Case Nos. 11-60406, 11-60408, |
| ALEMIT Properties, LLC, Denbar, Inc., | ) | 11-60411, 11-60412, |
| FF North Canton, Inc., F.F. Aurora, Inc. (f/k/a | ) | 11-60414, 11-60415, |
| F.F. Florence, Inc.), F.F./Cleveland, Inc., | ) | 11-60417, 11-60419, |
| FF Greenwood, Inc., F.F. Mansfield, Inc., | ) | 11-60420, 11-60421, |
| Mulqueen Importers, LLC, d/b/a Creative | ) | 11-60423, 11-60424, |
| Resources, Mulqueen & Sons, LLC, | ) | 11-60425, 11-60426 |
| Mulden, Inc., Mulqueen Holdings, Inc., and | ) | |
| RAM Trucking, LLC, | ) | |
| | ) | |
| Debtors and Debtors-in-Possession. | ) | Judge Russ Kendig |

**NOTICE OF:**

(1) APPROVAL OF SECOND AMENDED DISCLOSURE STATEMENT;
(2) HEARING ON CONFIRMATION OF SECOND AMENDED PLAN;
(3) DEADLINE AND PROCEDURES FOR FILING OBJECTIONS TO CONFIRMATION OF PLAN; AND
(4) VOTING DEADLINE FOR RECEIPT OF BALLOTS.

TO: ALL CREDITORS OF FLOWER FACTORY, INC., FLOWER FACTORY ONLINE, INC., ALEMIT PROPERTIES, LLC, DENBAR, INC., FF NORTH CANTON, INC., F.F. AURORA, INC., F.F./CLEVELAND, INC., FF GREENWOOD, INC., F.F. MANSFIELD, INC., MULQUEEN IMPORTERS, LLC, MULQUEEN & SONS, LLC, MULDEN, INC., MULQUEEN HOLDINGS, INC., AND RAM TRUCKING, LLC

**PLEASE TAKE NOTICE** that Flower Factory, Inc., Flower Factory Online, Inc., ALEMIT Properties, LLC, Denbar, Inc., FF North Canton, Inc., F.F. Aurora, Inc., F.F./Cleveland, Inc., FF Greenwood, Inc., F.F. Mansfield, Inc., Mulqueen Importers, LLC, Mulqueen & Sons, LLC, Mulden, Inc., Mulqueen Holdings, Inc., and RAM Trucking, LLC (each a "Debtor" and collective the "Debtors") are soliciting acceptances of the Debtors' Second Amended Plan of Reorganization dated July 8, 2011(as may be further amended or modified, the "Plan") from holders of impaired claims who are (or may be) entitled to receive distributions under the Plan.

**PLEASE TAKE FURTHER NOTICE** that if the Plan is confirmed by the United States Bankruptcy Court for the Northern District of Ohio (the "Bankruptcy Court") the terms of the Plan will be binding on all holders of claims against, and all current and former holders of equity interests in, the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has entered an order on July 8, 2011 (the "Order") approving the Second Amended Disclosure Statement Relating to the Second Amended Plan of Reorganization (the "Disclosure Statement"). The Bankruptcy Court's approval of the Disclosure Statement is not a determination upon the merits of the proposed Plan. The following dates have been established in connection with the Plan:

1. <u>Confirmation Hearing Date</u>. The hearing to consider confirmation of the Plan (the "Confirmation Hearing"), will commence on **August 11, 2011 at 10:00 a.m.** (Eastern time) before the Honorable Russ Kendig, United States Bankruptcy Court, Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Avenue, SW, Canton, Ohio 44702. The Confirmation Hearing may be adjourned from time-to-time by announcing the adjournment in open Court, and the Plan may be further modified, if necessary, under 11 U.S.C. § 1127 before, during, or as a result of the Confirmation Hearing, without further notice to parties-in-interest.

2. <u>Objections to Confirmation</u>. **August 9, 2011** (the "Objection Deadline") is fixed as the last date and time for filing and serving objections to confirmation of the Plan. To be considered, objections, if any, to confirmation of the Plan must (a) be in writing, (b) conform to Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Northern District of Ohio and the Order, (c) be filed with the Bankruptcy Court in accordance with the Court's electronic case filing system, and (d) be served upon (i) Brouse McDowell, LPA, 388 S. Main Street, Suite 500, Akron, Ohio 44311 (Attn: Marc B. Merklin); (ii) Calfee, Halter & Griswold, LLP, 1400 KeyBank Center, 800 Superior Avenue, Cleveland, Ohio 44114 (Attn: Jean R. Robertson); (iii) Greenberg Trauig, LLP, 200 Park Avenue, P.O. Box 677, Florham Park, New Jersey 07932 (Attn: Jeffrey Rosenthal); and (iv) Office of the U.S. Trustee, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Ave., East, Suite 441, Cleveland, OH 44114 (Attn: Maria Giannirakis) in each case so as to be received no later than the Objection Deadline. Objections not timely filed and served in the manner set forth above shall not be considered and shall be deemed overruled.

3. <u>Voting Deadline</u>. If you hold a claim against one or more of the Debtors and are entitled to vote to accept or reject the Plan, you have received this Notice with a Ballot. For your vote to be counted, ballots to accept or reject the Plan must be executed, completed, and RECEIVED by **August 5, 2011 at 5:00 p.m. EST** (the "Voting Deadline") by the following:

> Brouse McDowell, LPA
> 388 S. Main Street, Suite 500
> Akron, OH 44311
> Attn: Kate M. Bradley
> Facsimile: (330) 253-8601
> Email: kbradley@brouse.com

**Ballots that are not received by the Voting Deadline will not be counted.**

4. <u>Ballot Report</u>. Counsel for the Debtors shall file with the Court a ballot report on or before August 10, 2011.

2

5. <u>Information and Documents.</u> Copies of the Disclosure Statement, the Plan, and any exhibits thereto are enclosed herewith on a disc in searchable .pdf format. **If you wish to receive hard copies, please contact Kate M. Bradley, Brouse McDowell, 388 S. Main Street, Suite 500, Akron, Ohio, (330) 535-5711, kbradley@brouse.com, and they will be provided at no cost to you by overnight mail.**

6. <u>Injunction to Enforce Releases in the Plan.</u> The Plan proposes to release various parties and to enjoin the pursuit of any claims subject to the releases.

> **You Are Advised To Carefully Review and Consider The Plan and Disclosure Statement, Including The Release And Injunction Provisions, As Your Rights Might Be Affected.**

Dated: July 11, 2011

/s/ Kate M. Bradley
Marc B. Merklin (0018195)
Kate M. Bradley (0074206)
BROUSE McDOWELL
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
kbradley@brouse.com

*Counsel for the Debtors
and Debtors in Possession*